

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:MLY
F.#2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 29, 2010

<u>Via ECF and Federal Express</u>

John Carman, Esq.
Priya Chaudhry, Esq.
Joseph R. Corozzo, Jr., Esq.
Frank Doddato, Esq.
Andrew Frisch, Esq.
Matthew J. Mari, Esq.
Edward A. McDonald, Esq.
Fred Schwartz, Esq.
Joseph V. Sorrentino, Esq.

        Re:  <u>United States v. Marsh et al.</u>
            <u>Criminal Docket No. 10-480 (JBW)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government is providing additional discovery in the above-referenced matter.  The two enclosed disks contain copies of materials that are in the possession of the Securities and Exchange Commission.  The first disk contains a variety of materials in the format of multi-page .pdfs.  The second disk contains bank records in the form of .tiff images, and is viewable with Concordance brand software.

    If you have any questions or further requests, please do not hesitate to contact me.

                    Sincerely,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

        By:    /s/
                    Michael L. Yaeger
                    Assistant U.S. Attorney
                    (718) 254-6075

Enclosures

By Fed Ex and ECF:

| | |
|---|---|
| John Carman, Esq.<br>666 Old Country Road<br>Garden City, NY 11530 | Andrew Frisch, Esq.<br>950 Third Avenue, 15th Floor<br>New York, NY 10022 |
| Priya Chaudhry, Esq.<br>Law Office of Priya Chaudhry<br>80 Pine St., Floor 33<br>New York, NY 10005-1702 | Fred Schwartz, Esq.<br>700 S. Federal Highway<br>Suite 200<br>Boca Raton, FL 33432 |
| Joseph R. Corozzo, Jr.<br>Rubinstein & Corozzo LLP<br>260 Madison Avenue<br>New York, NY 10016 | Edward A. McDonald, Esq.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| Frank Doddato, Esq.<br>666 Old Country Road Suite 501<br>Garden City, NY 11530 | Joseph V. Sorrentino, Esq.<br>404 Manor Road<br>Staten Island, NY 10314 |
| | Mathew J. Mari, Esq.<br>Attorney at Law<br>110 Wall Street<br>11th Floor<br>New York, NY 10005 |

cc:   Clerk of Court (without enclosures)