

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:MLY  *271 Cadman Plaza East*
F.#2010R00826  *Brooklyn, New York  11201*

August 13, 2010

<u>By ECF and Federal Express</u>

John Carman, Esq.
Priya Chaudhry, Esq.
Joseph R. Corozzo, Jr., Esq.
Frank Doddato, Esq.
Matthew J. Mari, Esq.
Edward A. McDonald, Esq.
Michael Padden, Esq.
Fred Schwartz, Esq.
Joseph V. Sorrentino, Esq.

    Re: <u>United States v. Marsh et al.</u>
      <u>Criminal Docket No. 10-480 (JBW)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government is making available nine disks containing recordings in the above-referenced matter. The disks are available from First Choice, Inc. ("First Choice"), a media and document processing vendor.  First Choice may be reached at (718) 381-1480.  To order the disks, please refer to print order number 26198; the disks bear today's date (August 13, 2010).

  If you have any questions or further requests, please do not hesitate to contact me.

        Sincerely,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

    By:  /s/
        Michael L. Yaeger
        Assistant U.S. Attorney
        (718) 254-6075

<u>By ECF and Federal Express</u>:

| | |
|---|---|
| John Carman, Esq.<br>666 Old Country Road<br>Garden City, NY 11530 | Mathew J. Mari, Esq.<br>Attorney at Law<br>110 Wall Street<br>11th Floor<br>New York, NY 10005 |
| Priya Chaudhry, Esq.<br>Law Office of Priya Chaudhry<br>80 Pine St., Floor 33<br>New York, NY 10005-1702 | Edward A. McDonald, Esq.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| Joseph R. Corozzo, Jr.<br>Rubinstein & Corozzo LLP<br>260 Madison Avenue<br>New York, NY 10016 | Michael Padden, Esq.<br>Federal Defenders of N.Y., Inc.<br>Eastern District<br>One Pierrepont Plaza<br>16th floor<br>Brooklyn, NY 11201 |
| Frank Doddato, Esq.<br>666 Old Country Road Suite 501<br>Garden City, NY 11530 | Fred Schwartz, Esq.<br>700 S. Federal Highway<br>Suite 200<br>Boca Raton, FL 33432 |
| | Joseph V. Sorrentino, Esq.<br>404 Manor Road<br>Staten Island, NY 10314 |