

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:MLY
F.#2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2010

By ECF and Federal Express

Michael Padden, Esq.
Fred Schwartz, Esq.

Re:  United States v. Marsh et al.
     Criminal Docket No. 10-480 (JBW)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby provides notes that contain
statements made by the defendant Kenneth Marsh on October 16,
2009.

                        Sincerely,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

                By:      /s/
                        _____
                        Michael L. Yaeger
                        Assistant U.S. Attorney
                        (718) 254-6075

By ECF and Federal Express:

Michael Padden, Esq.            Fred Schwartz, Esq.
Federal Defenders of N.Y., Inc. 700 S. Federal Highway
Eastern District               Suite 200
One Pierrepont Plaza           Boca Raton, FL 33432
16th floor
Brooklyn, NY 11201