

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:MLY
F.#2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2010

<u>By ECF and Federal Express</u>
Michael Padden, Esq.
Fred Schwartz, Esq.

   Re: <u>United States v. Marsh et al.</u>
     <u>Criminal Docket No. 10-480 (JBW)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides emails from the defendants' web-based email accounts and photographs taken during the search of Gryphon Holdings, Inc.'s office at 3767c Victory Boulevard, Staten Island, New York.

   The government has also obtained data from the web hosting service Rackspace. This data includes databases and web content. If you wish to obtain a copy of this data, please provide the government with a blank hard drive.

   In addition, we write to inform you that a poster for the motion picture "Boiler Room," was found among the items in the search warrant, and it is available for your inspection. Further, all recordings in the government's possession have already been produced, and the recorders themselves are available for inspection.

   The government also hereby renews its request for reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.

          Sincerely,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

      By:  /s/
         Michael L. Yaeger
         Assistant U.S. Attorney
         (718) 254-6075

<u>By ECF and Federal Express</u>:

Michael Padden, Esq.  
Federal Defenders of N.Y., Inc.  
Eastern District  
One Pierrepont Plaza  
16th floor  
Brooklyn, NY 11201  

Fred Schwartz, Esq.  
700 S. Federal Highway  
Suite 200  
Boca Raton, FL 33432