**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:MLY                                    *271 Cadman Plaza East*
F. #2010R00826                            *Brooklyn, New York 11201*

                                          October 18, 2010

By ECF and Federal Express

Michael Padden, Esq.
Fred Schwartz, Esq.

            Re:   United States v. Marsh et al.
                  Criminal Docket No. 10-480 (JBW)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby provides data from Media
Temple, Inc., a web hosting service used by Gryphon Holdings,
Inc., and pictures of the defendants and some of their co-
conspirators.

                        Sincerely,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

                  By:   _____/s/_____
                        Michael L. Yaeger
                        Assistant U.S. Attorney
                        (718) 254-6075

By ECF and Federal Express:

Michael Padden, Esq.              Fred Schwartz, Esq.
Federal Defenders of N.Y., Inc.   700 S. Federal Highway
Eastern District                  Suite 200
One Pierrepont Plaza              Boca Raton, FL 33432
16th floor
Brooklyn, NY 11201