

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

RB
F.#2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2010

<u>By Hand Delivery and ECF</u>

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  United States v. Kenneth Marsh
        <u>Criminal Docket No. 10 CR 480 (JBW)</u>

Dear Judge Weinstein:

    The government respectfully attaches hereto a proposed order that will enable it to immediately carry out the Court's order, issued at yesterday's status conference, to shut down the above-referenced defendant's currently active websites and associated email solicitation operations.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By:        /s/
        Roger Burlingame
        Assistant U.S. Attorney
        (718) 254-6422

cc:  Fred Schwartz, Esq.

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                ORDER

     - against -                        Cr. No. 10-480 (JBW)

KENNETH MARSH,

          Defendant.

- - - - - - - - - - - - - - - - X
```

Upon the application of United States Attorney LORETTA E. LYNCH, by Assistant United States Attorney Roger A. Burlingame, it is hereby

ORDERED that Media Temple, Inc. immediately cease all hosting and other services provided to all domain names registered to or associated with Gryphon Financial, Warwick Investments, Kenneth Marsh or Kenneth Maseka, including but not limited to dukereaseach.com, onlinetraderdaily.com, thespartantrader.com and gryphondaily.com.

Dated: Brooklyn, New York
       October 21, 2010

```
                              _____
                              JACK B. WEINSTEIN
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK
```