```
                                          FILED
                                       IN CLERK'S OFFICE
                                  U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT          ★  OCT 2 7 2010  ★
EASTERN DISTRICT OF NEW YORK
                                       BROOKLYN OFFICE
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          ORDER

     - against -                  Cr. No. 10-480 (JBW)

KENNETH MARSH,

          Defendant.

- - - - - - - - - - - - - - - - X
```

Upon the application of United States Attorney LORETTA E. LYNCH, by Assistant United States Attorney Roger A. Burlingame, it is hereby

ORDERED that Media Temple, Inc. immediately cease all hosting and other services provided to all domain names registered to or associated with Gryphon Financial, Warwick Investments, Kenneth Marsh or Kenneth Maseka, including but not limited to dukereaseach.com, onlinetraderdaily.com, thespartantrader.com and gryphondaily.com.

Dated: Brooklyn, New York
       October 21, 2010

                                  _____
                                  JACK B. WEINSTEIN
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK

