

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLY
F. #2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 3, 2010

<u>By ECF and Federal Express</u>

Michael Padden, Esq.
Fred Schwartz, Esq.

> Re:  United States v. Marsh et al.
>      Criminal Docket No. 10-480 (JBW)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides (1) documents relating to Marsh's employment history; (2) records of the Financial Industry Regulatory Authority (FINRA) associated with Marsh; (3) a report containing a partial summary of Marsh's statements on October 16, 2009; and (4) copies of a calendar that includes photos of Marsh and defendant Baldwin Anderson and some of their co-conspirators.

                          Sincerely,

                          LORETTA E. LYNCH
                          United States Attorney
                          Eastern District of New York

            By:     /s/
                  Michael L. Yaeger
                  Assistant U.S. Attorney
                  (718) 254-6075

Enclosures

<u>By ECF and Federal Express</u>:

| | |
|---|---|
| Michael Padden, Esq. | Fred Schwartz, Esq. |
| Federal Defenders of N.Y., Inc. | 700 S. Federal Highway |
| Eastern District | Suite 200 |
| One Pierrepont Plaza | Boca Raton, FL 33432 |
| 16th floor | |
| Brooklyn, NY 11201 | |