

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLY
F.#2010R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2010

By ECF and Federal Express

Fred Schwartz, Esq.
700 S. Federal Highway
Suite 200
Boca Raton, FL 33432

      Re: United States v. Marsh et al.
          Criminal Docket No. 10-480 (JBW)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and in accord with the government's letter of October 16, 2010, the government hereby provides to defendant Kenneth Marsh a hard drive containing data from Rackpace.com.

                    Sincerely,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

      By:    /s/
             Michael L. Yaeger
             Assistant U.S. Attorney
             (718) 254-6075

Enclosures

By ECF (without enclosures):

Michael Padden, Esq.
Federal Defenders of N.Y., Inc.
Eastern District
One Pierrepont Plaza
16th floor
Brooklyn, NY 11201