**Heather Hasen**

| | |
|---|---|
| **From:** | Fred A. Schwartz |
| **Sent:** | Thursday, December 02, 2010 7:15 AM |
| **To:** | ████████████████████████████ |
| **Cc:** | Bobbi Engelke; Heather Hasen |
| **Subject:** | FW: Marsh Report |
| **Attachments:** | Re: Marsh Report |

RECEIVED
HON. JAMES ORENSTEIN
DEC 02 2010

Dear Magistrate Orenstein,
Please forgive the barrage of e-mails, but I have been following your suggestion and working around the clock to comply with your order. Apparently, so has Dr. Preter. I received the attached e-mail from him at 1:37 last night. Therefore, in addition to the conclusion and outline of his findings and partial report I sent yesterday, I will have the remaining pages of his report today and immediately forward it to the government.
Fred Schwartz

12/2/2010

**Heather Hasen**

| | |
|---|---|
| **From:** | Maurice Preter [] |
| **Sent:** | Thursday, December 02, 2010 1:37 AM |
| **To:** | Fred A. Schwartz |
| **Cc:** | Maurice Preter; Maurice Preter; |
| **Subject:** | Re: Marsh Report |

I have 15 pages will proofread tomorrow and email tmw night.

The retainer is now 7 hours short. Please replenish with sufficient funds at your absolute earliest.

Thank you.


Maurice Preter, MD

Assistant Professor of Clinical Psychiatry, Columbia University
Adj. Associate Professor of Neurology, SUNY Downstate Medical Center

www.psychiatryneurology.net

New York Office:
1160 Fifth Avenue, Suite 112
New York, NY 10029
Phone  212-713-5336

Shanghai Office:
c/o GHC
Shanghai World Financial Center, 2nd floor
100 Century Avenue, PuDong New Area, Shanghai 200120, PR China

Mobile (China) +8613023240189

skype mp2285


On Dec 1, 2010, at 10:37 PM, Fred A. Schwartz wrote:

Dr.
Will there be additional pages by Friday at 11 AM?
Fred

---

**From:** Maurice Preter [

12/2/2010

**Sent:** Wednesday, December 01, 2010 5:09 PM
**To:** ▬▬▬▬▬▬▬▬▬
**Cc:** Maurice Preter; Fred A. Schwartz
**Subject:** Re: Marsh Report

I am attaching the first four pages of the report. This is the best I can do. Dr. P.


On Dec 1, 2010, at 4:47 PM, Bobbi Engelke wrote:

Dr. Preter,

We need to send the conclusion/diagnosis of your report and the outline today. I'm concerned as the court closes at 5 PM.

Bobbi

---

**From:** Bobbi Engelke
**Sent:** Wednesday, December 01, 2010 3:40 PM
**To:** 'Maurice Preter'
**Cc:** Fran Spagnoli
**Subject:** RE: Marsh Report
**Importance:** High

Thank you Dr. Preter. We just received the Court Order and need to send the conclusion/diagnosis of your report and an outline of the report to the Court ASAP. Kindly reply with these documents or let me know when they'll be available.

Thank you,

Bobbi

12/2/2010

**From:** Maurice Preter [▓▓▓▓▓▓▓▓▓▓▓▓]
**Sent:** Wednesday, December 01, 2010 1:03 PM
**To:** Bobbi Engelke
**Cc:** Maurice Preter; Fred A. Schwartz
**Subject:** Re: Marsh Report

got it.
Maurice Preter, MD

**Assistant Professor of Clinical Psychiatry, Columbia University**
**Adj. Associate Professor of Neurology, SUNY Downstate Medical Center**

www.psychiatryneurology.net

New York Office:
1160 Fifth Avenue, Suite 112
New York, NY 10029
Phone  212-713-5336

Shanghai Office:
c/o GHC
Shanghai World Financial Center, 2nd floor
100 Century Avenue, PuDong New Area, Shanghai 200120, PR China

Mobile (China) +8613023240189

skype mp2285


On Dec 1, 2010, at 11:59 AM, Bobbi Engelke wrote:

For clarification, the conclusion and outline to the Judge by today, December 1 and the full report to the government by this Friday, December 3rd.

---

**From:** Bobbi Engelke
**Sent:** Wednesday, December 01, 2010 11:54 AM
**To:** '▓▓▓▓▓▓▓▓▓▓'
**Cc:** Fred A. Schwartz
**Subject:** Marsh Report
**Importance:** High

Dr. Preter,

The Judge additionally ordered that he wants a 2-3 line conclusion/diagnosis of your report, as well as an outline of the report to be sent to him **today**. If you email both of these to me with a copy to Fred, I will send it to the Court.

The Court was unconditional in the information it required both **by today and by next Friday**.

Again, I left you voice mail to this effect.


12/2/2010

Thank you,

Bobbi

---

**From:** Bobbi Engelke
**Sent:** Wednesday, December 01, 2010 11:36 AM
**To:** ▮▮▮▮▮▮
**Cc:** Fred A. Schwartz
**Subject:** RE:
**Importance:** High

Dr. Preter,

The Judge has ordered for us to have your report in the government's hands by 11 am on Friday, December 3rd. Fred said as a last option, even if the report is shorter than you like and needs to be supplemented, we have been ordered to provide it to the government by 11 on Friday.

I will call you as well to confirm this.

Bobbi

---

-----Original Message-----
From: Fred A. Schwartz
Sent: Tuesday, November 30, 2010 8:18 AM
To: ▮▮▮▮▮▮
Cc: Bobbi Engelke
Subject:

Dr Preter
I must be able to tell the court today that your report must be done and submitted by december 3rd or

12/2/2010

6th at the very latest Fred

12/2/2010

6th at the very latest Fred