UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
UNITED STATES OF AMERICA, : **Criminal Action No.: 10-480**
:
                          Plaintiff, : **Weinstein, J.**
v. :
:
KENNETH MARSH, :
: **NOTICE OF COMPLIANCE**
                          Defendant :
:
-----------------------------------------------------------X

       Defendant, Kenneth Marsh, hereby files this his Notice of Compliance with the Order of the Court dated December 1, 2010, and gives notice that the defendant has produced to the government Dr. Preter's completed expert report via email at 9:50 a.m. on December 3, 2010. Due to the confidential nature of the report, it has not been filed electronically.

Dated: December 3, 2010.        Respectfully submitted,

                                            **YOSS LLP**

                                            By:   */s/ Fred A. Schwartz*
                                                  Fred A. Schwartz
                                                  New York Bar Number: FS9353
                                                  700 South Federal Highway, Suite 200
                                                  Boca Raton, Florida 33432-6128
                                                  Phone: (561) 393-5660
                                                  Fax: (561) 338-8698

                                               *Attorneys for Defendant Kenneth Marsh*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 3, 2010, a true and correct copy of the foregoing Notice of Compliance was electronically filed on all counsel or parties of record.

                                       s/ *FRED A. SCHWARTZ*
                                       Fred A. Schwartz, Esq.