# Yoss LLP

A LIMITED LIABILITY PARTNERSHIP
700 SOUTH FEDERAL HIGHWAY, SUITE 200
BOCA RATON, FLORIDA 33432-6128
PHONE: (561) 393-5660, FAX: (561) 338-8698
WWW.ADORNO.COM

FRED A. SCHWARTZ
ADMITTED IN FLORIDA AND NEW YORK

DIRECT LINE: (561) 620-5581
DIRECT FAX: (561) 880-6302
EMAIL: FSCHWARTZ@ADORNO.COM

December 17, 2010

**By ECF and Fax**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Kenneth Marsh**
**Criminal Docket No. 10 CR 480 (JBW)**

**Letter Motion to Compel the Federal Bureau of Prisons to
Supply Defendant Kenneth Marsh with the Correct Medications**

Dear Judge Weinstein:

Through speaking with Defendant Kenneth Marsh, it has come to our attention that he has not been receiving the correct medications from the Federal Bureau of Prisons. The detention center where Defendant Kenneth Marsh is currently located has been giving him substitute medications, not the one's prescribed by his physician Dr. Claudio Vazquez of Brooklyn Psychiatric Associates.

Defendant Kenneth Marsh's physician has prescribed Seroquel XR 50mg AM and HS, Lexapro 10mg AM and Alprazolam 05mg PRN z 12 hours.

Defendant Kenneth Marsh would respectfully request that the Court issue an order compelling the detention center to supply Defendant Kenneth Marsh with the medications his physician has specifically prescribed to him.

Thank you for your kind consideration of this matter.

Respectfully submitted,

*s/ Fred A. Schwartz*

Fred A. Schwartz

FAS/sbg

cc: Michael L. Yaeger (by ECF)

{R6105421_1}