FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

KENNETH E. MARSH et al.,

Defendants.

ORDER

10-CR-480
10-CV-1742

**JACK B. WEINSTEIN, United States District Judge:**

A hearing in this case will be jointly conducted by the court and Magistrate Judge Orenstein on March 18, 2011 at 9:30 a.m. The following issues will be considered: the motion by defendant Kenneth Marsh for an adjournment; past payments of fees and expenses; the effect of those payments on the carveout; the possible return of funds already expended; and any other matters the parties wish to bring to the attention of the court and the magistrate judge.

Counsel for defendant, the government, and the Securities and Exchange Commission shall be present. Counsel for defendant is requested to obtain the presence of Fred Schwartz, prior counsel to Marsh, and the firm retained by attorney Schwartz to assist in the review of documents. In view of the fact that defendant Baldwin Anderson waived his presence, he may wish to reconsider.

Arrangements to appear by telephone may be made by contacting Courtroom Deputy June Lowe at 718-613-2525.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 17, 2011
Brooklyn, New York