```
                                              FILED
                                              IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y

UNITED STATES DISTRICT COURT                  ★  APR 0 5 2011  ★
EASTERN DISTRICT OF NEW YORK

------------------------X                     BROOKLYN OFFICE

    U S A

            -V-                               CASE NUMBER:
    KENNETH MARSH
    BALDWIN ANDERSON                          CR10-480
------------------------X                     _____ (JBW)
```

NOTATION OF ADJOURNMENT

The _status conference_ scheduled for  __4/7/11__  in the above captioned case has been ~~adjourned~~ _advanced_ to __4/6/11__ at __11:00 a.m.__ .

DATED:  __4/4/11__
        Brooklyn, New York

                                    Signed:

                                    _June P. Lowe_
                                    JUNE P. LOWE
                                    CASE MANAGER

CC-: