```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

           -V-                                           NOTICE
                                                    CR10-480 (JBW)
KENNETH MARSH et al
----------------------------------------------------X
```

The sentencing date for all defendants who have entered guilty pleas in the captioned case has been changed yet again. Changes are noted below.

| Defendant | Date/Time |
|---|---|
| Kenneth Marsh | 8/11/11 at 11:00 a.m. |
| Richard Borello | 8/11/11 at 11:45 a.m. |
| Gregory Rossomando | 8/11/11 at 12:30 p.m. |
| Michael Scarpaci | 8/11/11 at 1:15 p.m. |
| John Degliuomini | 8/12/11 at 10:00 a.m. |
| Jeanne Lada | 8/12/11 at 10:45 a.m. |
| Baldwin Anderson | 8/12/11 at 11:30 a.m. |
| Christopher Perrotta | 8/15/11 at 10:00 a.m. |
| Anthony Vecchione | 8/15/11 at 10:45 a.m (CR10-697). |
| William Vecchione | 8/15/11 at 12 noon |

_____
June P. Lowe
Case Manager