FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0 8 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

IN RE- KENNETH MARSH MARSH                     NOTICE
et al                                          CR10-480 (JBW)
                                               CR10-697
                                               CR10-700
-------------------------------------------------X     CR10-800
                                               CR10-801

The time of the order to show cause scheduled to be heard at 10:30 a.m. on September 9, 2011, is changed to 11:30 a.m.

June P. Lowe
Case Manager

DATED: 9/8/11